**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER URBAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEYBANK,<br><br>Defendant. | Case No. 3:20-cv-08182-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1    NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Peter Urban hereby dismisses with prejudice all claims against Defendant KeyBank.

Dated: April 16, 2021                                Respectfully submitted,

                                                     **BURSOR & FISHER, P.A.**

                                                     By:    /s/ *L. Timothy Fisher*
                                                              L. Timothy Fisher

                                                     L. Timothy Fisher (State Bar No. 191626)
                                                     1990 North California Boulevard, Suite 940
                                                     Walnut Creek, CA  94596
                                                     Telephone: (925) 300-4455
                                                     Facsimile:  (925) 407-2700
                                                     E-Mail: ltfisher@bursor.com

                                                     *Attorneys for Plaintiff*

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED / Judge Edward M. Chen]